BRUCE LOCKE (#177787)
Moss & Locke
800 Howe Avenue, Suite 110
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
SHAUN BHAMANI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.  CR. S-10-327 MCE |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO AMEND DATES |
| | ) | FOR FILING MOTION TO SEVER; |
| | ) | ORDER THEREON |
| v. | ) | |
| | ) | |
| SHAUN BHAMANI, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS HEREBY STIPULATED AND AGREED between the defendant, Shaun Bhamani, by and through his undersigned defense counsel, and the United States of America by and through its counsel, Assistant U.S. Attorney Steven Lapham, that the hearing on Shaun Bhamani's motion to sever his case from that of his co-defendants, which is presently set for  presently set for September 27,  2012  at 9:00 a.m., should be vacated.  The defense will file a motion to sever by November 9, 2012.  The government will file its opposition by December  9, 2012 and the defense will file its reply by December 30, 2012.  A hearing on the motion will be held on January 10, 2013.

DATED: September 26, 2012          /S/ Bruce Locke
                                   BRUCE LOCKE
                                   Attorney for Shaun Bhamani

DATED: September 26, 2012          /S/ Bruce Locke
                                   For STEVEN LAPHAM
                                   Attorney for the United States

1

ORDER

For the reasons stated in the above stipulation, the Court vacates the September 27, 2012 hearing date on the motion to sever. The defense will file a motion to sever by November 9, 2012. The government will file its opposition by December 9, 2012 and the defense will file its reply by December 30, 2012. A hearing on the motion will be held on January 10, 2013.

IT IS SO ORDERED.

Dated: September 28, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE