1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHELE BECKWITH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5
   Attorneys for Plaintiff
6  United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:10-CR-327 TLN |
|---|---|
| Plaintiff, | REQUEST FOR STATUS CONFERENCE AND HEARING REGARDING RESTITUTION AS TO SHAUN BHAMANI AND ORDER |
| v. | |
| SHAUN BHAMANI, | DATE: January 7, 2016 |
| Defendant. | TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

The government hereby requests a status conference and/or hearing concerning the amount of restitution owed by defendant Shaun Bhamani's in this case. After conferring with defense counsel, Bruce Locke, the parties request such hearing to be set for January 7, 2016.

Although this Court sentenced the defendant on June 25, 2015, an order regarding the amount of restitution owed by the defendant was never entered. Under the plea agreement, the defendant agreed to pay $64,000 in restitution, which represents the approximate amount of money he obtained as a result of his offense. Following the sentencing hearing, one of the alleged victim banks submitted a claim for restitution. The government will submit this claim to the Court in a separate filing, under seal, with a copy going to defense counsel.

///

///

///

//

The government is submitting this claim to the Court in order to discharge its obligations to the alleged victim, and it requests a status conference/hearing so that the Court may determine a final restitution amount to be paid by Shaun Bhamani and to finalize the judgment in this case.

Dated:  November 10, 2015

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Michele Beckwith
Michele Beckwith
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                Plaintiff,

     v.

SHAUN BHAMANI,

                Defendant.

Case No. 2:10-cr-327 TLN

    Good cause appearing, the government's request for a status conference and hearing regarding restitution as to defendant Shaun Bhamani is hereby granted. The hearing is set for January 7, 2016, at 9:30 a.m.

    SO ORDERED.

DATED: November 10, 2015

Troy L. Nunley
United States District Judge